IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON JAMES HYATT,

     Petitioner,

v.

JOSH KAUL, et al.

     Respondents.

ORDER

Case No.  26-cv-226-wmc

Petitioner Jason James Hyatt seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 9, 2026.

ORDER

IT IS ORDERED that:

1.    Petitioner Jason James Hyatt may have until April 9, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 9, 2026, I will assume that petitioner wishes to

withdraw this petition.

Entered this 19th day of March, 2026.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge